KARTCHNER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: §
　　　　　　　　　　　　　　　　　　　　§
GOODEN, CHRISTOPHER LEE　　　　§　　Case No. 4-18-BK-06610-BMW
GOODEN, TAMARA THERESE　　　　 §
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　Debtors　　　　　　§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/07/2018 . The undersigned trustee was appointed on 06/07/2018 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of　　　　　$　　4,028.00

　　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 10.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 2,284.37 |
| Leaving a balance on hand of[1]　　　　　　　$ | 1,733.63 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/07/2018 and the deadline for filing governmental claims was 12/04/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 435.91 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 435.91 , for a total compensation of $ 435.91 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 82.40 , for total expenses of $ 82.40 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/26/2019     By:/s/Stanley J. Kartchner
                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

| Case No: | 18-06610 BMW Judge: BRENDA MOODY WHINERY | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|
| Case Name: | GOODEN, CHRISTOPHER LEE | Date Filed (f) or Converted (c): | 06/07/18 (f) |
| | GOODEN, TAMARA THERESE | 341(a) Meeting Date: | 08/03/18 |
| For Period Ending: | 07/26/19 | Claims Bar Date: | 11/07/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2005 INFINITI QX56 (- KELLEY BLUE BOOK PRIVATE PAR | 4,975.00 | 0.00 | | 0.00 | FA |
| 2. 2007 MITSUBISHI ECLIPSE (- KELLEY BLUE BOOK PRIVAT | 3,823.00 | 0.00 | | 0.00 | FA |
| 3. MISCELLANEOUS HOUSEHOLD GOODS & FURNISHINGS | 385.00 | 0.00 | | 0.00 | FA |
| 4. MISCELLANEOUS SMALL CONSUMER ELECTRONICS | 900.00 | 0.00 | | 0.00 | FA |
| 5. COMPUTERS | 300.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. WEDDING RINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. 2 DOGS | 100.00 | 0.00 | | 0.00 | FA |
| 9. CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 10. WELLS FARGO BANK | 405.34 | 0.00 | | 0.00 | FA |
| 11. WALMART MONEYCARD | 4.36 | 0.00 | | 0.00 | FA |
| 12. APPROXIMATELY 43.29% OF POTENTIAL 2018 TAX REFUNDS, | 1,521.00 | 1,000.00 | | 4,028.00 | FA |
| 13. ESURANCE (VEHICLE INSURANCE) BCBS (HEALTH INSURANC | 0.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $14,413.70 | $1,000.00 | | $4,028.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A - 18 ref (may be offset) 2582+1446; READY AFTER PP

Initial Projected Date of Final Report (TFR): 06/30/19     Current Projected Date of Final Report (TFR): 08/15/19

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-06610 -BMW | | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|---|
| Case Name: | GOODEN, CHRISTOPHER LEE | | Bank Name: | BOK FINANCIAL |
| | GOODEN, TAMARA THERESE | | Account Number / CD #: | *******3157 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4700 | | | |
| For Period Ending: | 07/26/19 | | Blanket Bond (per case limit): | $ 27,456,481.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/01/19 | 12 | UNITED STATES TREASURY | INCOME TAX REFUND | | 2,582.00 | | 2,582.00 |
| | | UNITED STATES TREASURY | Memo Amount: 297.63 | 1124-000 | | | |
| | | | ESTATE'S PORTION OF TAX REFUND | | | | |
| | | CHRISTOPHER AND TAMARA GOODEN | Memo Amount: 2,284.37 | 1280-002 | | | |
| | | | DEBTOR'S PORTION OF TAX REFUND | | | | |
| 06/07/19 | 12 | STATE OF ARIZONA | INCOME TAX REFUND | 1124-000 | 1,446.00 | | 4,028.00 |
| 06/07/19 | 010001 | CHRISTOPHER AND TAMARA GOODEN | POSTPETITION PORTION TAX REFUNDS | 8500-002 | | 2,284.37 | 1,743.63 |
| | | 43175 WEST ASKEW DRIVE | | | | | |
| | | MARICOPA, AZ 85138 | | | | | |
| 06/28/19 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,733.63 |
| 07/18/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 1,733.63 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 2,582.00 | COLUMN TOTALS | 4,028.00 | 4,028.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 1,733.63 | |
| | | Subtotal | 4,028.00 | 2,294.37 | |
| Memo Allocation Net: | 2,582.00 | Less: Payments to Debtors | | 2,284.37 | |
| | | Net | 4,028.00 | 10.00 | |

Page Subtotals  4,028.00  4,028.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-06610 -BMW | | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|---|
| Case Name: | GOODEN, CHRISTOPHER LEE | | Bank Name: | Axos Bank |
| | GOODEN, TAMARA THERESE | | Account Number / CD #: | *******1199 Checking Account - Non Interest |
| Taxpayer ID No: | *******4700 | | | |
| For Period Ending: | 07/26/19 | | Blanket Bond (per case limit): | $ 27,456,481.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/18/19 | | Trsf In From BOK FINANCIAL | INITIAL WIRE TRANSFER IN | 9999-000 | 1,733.63 | | 1,733.63 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 1,733.63 | 0.00 | 1,733.63 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 1,733.63 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 2,582.00 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - ********3157 | | 4,028.00 | 10.00 | 0.00 |
| | | Checking Account - Non Interest - ********1199 | | 0.00 | 0.00 | 1,733.63 |
| Total Memo Allocation Net: | 2,582.00 | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | 4,028.00 | 10.00 | 1,733.63 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  1,733.63  0.00

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: July 26, 2019

Case Number: 18-06610
Debtor Name: GOODEN, CHRISTOPHER LEE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | UNITED AUTO CREDIT CORPORATION C/O SEIDBERG LAW OFFICES, PC PO BOX 7290 PHOENIX AZ 85011 | Unsecured | | $6,910.00 | $0.00 | $6,910.00 |
| 000002 070 7100-00 | SALT RIVER PROJECT PO BOX 52025 PHOENIX AZ 85072-2025 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000003 070 7100-00 | HLS OF NEVADA LLC NEVADA WEST FINANCIAL PO BOX 94703 LAS VEGAS, NV 89193 | Unsecured | | $8,304.45 | $0.00 | $8,304.45 |
| 000004 070 7100-00 | RELIABLE CREDIT ASSOCIATION, INC. PO BOX 39695 PHOENIX, AZ 85069 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000005 070 7100-00 | US COLLECTIONS WEST, INC. PO BOX 39695 PHOENIX AZ 85069 | Unsecured | | $9,424.93 | $0.00 | $9,424.93 |
| 000006 070 7100-00 | CAVALRY SPV I, LLC PO BOX 27288 TEMPE, AZ 85282 | Unsecured | | $593.09 | $0.00 | $593.09 |
| 000007 070 7100-00 | SALT RIVER PROJECT PO BOX 52025 - ISB 232 PHOENIX AZ 85072 | Unsecured | | $95.45 | $0.00 | $95.45 |
| 000008 070 7100-00 | UNITED STATES DEPARTMENT OF EDUCATION PO BOX 790321 ST LOUIS, MO 63197-0321 | Unsecured | | $22,867.99 | $0.00 | $22,867.99 |
| 000009 070 7100-00 | UNITED STATES DEPARTMENT OF EDUCATION PO BOX 790321 ST LOUIS, MO 63197-0321 | Unsecured | | $11,281.13 | $0.00 | $11,281.13 |
| 000010 070 7100-00 | VERIZON BY AMERICAN INFOSOURCE AS AGENT PO BOX 248838 OKLAHOMA CITY, OK 73124-8838 | Unsecured | | $137.21 | $0.00 | $137.21 |
| 000011A 070 7100-00 | INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA PA 19101-7317 | Unsecured | | $17,844.29 | $0.00 | $17,844.29 |
| 000011B 080 7300-00 | INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA PA 19101-7317 | Unsecured | | $2,153.87 | $0.00 | $2,153.87 |

Case Number:   18-06610                          Claim Class Sequence
Debtor Name:   GOODEN, CHRISTOPHER LEE

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $79,612.41 | $0.00 | $79,612.41 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 4-18-BK-06610-BMW
Case Name: GOODEN, CHRISTOPHER LEE
     GOODEN, TAMARA THERESE
Trustee Name: Stanley J. Kartchner

| Balance on hand | $ | 1,733.63 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Stanley J. Kartchner | $ 435.91 | $ 0.00 | $ 435.91 |
| Trustee Expenses: Stanley J. Kartchner | $ 82.40 | $ 0.00 | $ 82.40 |

| Total to be paid for chapter 7 administrative expenses | $ 518.31 |
| Remaining Balance | $ 1,215.32 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) (Page: 8)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,458.54 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | UNITED AUTO CREDIT CORPORATION | $ 6,910.00 | $ 0.00 | $ 108.42 |
| 000003 | HLS OF NEVADA LLC | $ 8,304.45 | $ 0.00 | $ 130.30 |
| 000005 | US COLLECTIONS WEST, INC. | $ 9,424.93 | $ 0.00 | $ 147.88 |
| 000006 | CAVALRY SPV I, LLC | $ 593.09 | $ 0.00 | $ 9.30 |
| 000007 | SALT RIVER PROJECT | $ 95.45 | $ 0.00 | $ 1.50 |
| 000008 | UNITED STATES DEPARTMENT OF EDUCATION | $ 22,867.99 | $ 0.00 | $ 358.80 |
| 000009 | UNITED STATES DEPARTMENT OF EDUCATION | $ 11,281.13 | $ 0.00 | $ 177.00 |
| 000010 | VERIZON | $ 137.21 | $ 0.00 | $ 2.15 |
| 000011A | INTERNAL REVENUE SERVICE | $ 17,844.29 | $ 0.00 | $ 279.97 |

Total to be paid to timely general unsecured creditors          $            1,215.32

Remaining Balance                                                $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,153.87 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011B | INTERNAL REVENUE SERVICE | $ 2,153.87 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |